**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-CV-01660-RPM-BNB

LINDA YEARBY,

       Plaintiff,

v.

ROADWAY EXPRESS, INC., TERRENCE M. GILBERT, RONALD HAYES, RALPH SANTARELLI, DAVID SMITH, AND JAMES MOORMAN,

       Defendants.
_____

**ORDER RE: PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE LATE RESPONSE**
_____

       Upon consideration of Plaintiff's Unopposed Motion for Leave to File late Response [6], filed on September 24, 2008, it is

       **ORDERED** that the motion is granted to and including September 30, 2008.

       **DATED** this 25th day of September, 2008,

                      **BY THE COURT**:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior Judge